# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>                    Plaintiff,<br><br>        v.<br><br>PARAMJIT SINGH DHALIWAL, et al.,<br><br>                    Defendants. | Case No.  1:15-cv-00326---SAB<br><br>ORDER VACATING DATES AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 7)<br><br>DEADLINE:  MAY 20, 2015 |

On April 20, 2015, Plaintiff filed a notice that this action has been settled in its entirety. Accordingly, IT IS HEREBY ORDERED that:

1.      The parties shall file dispositional documents on or before May 20, 2015; and

2.      All pending dates in this action are vacated.

IT IS SO ORDERED.

Dated:   **April 21, 2015**

UNITED STATES MAGISTRATE JUDGE

1